This is In Re Merck 171960. It is an appeal from the Patent Trial and Appeal Board in the Ex Parte Reexamination. Mr. Henter, you want five minutes for rebuttal? May it please the Court, the most important question in this case is whether Van Eten at the single reference teaches or suggests that a prior art reference should be administered for improving NO-mediated, endothelial-dependent vasomotor responses, which is a mouthful but it really stands for whether it would dilate your veins or not. It is also called vasodilation. Is it your position that a prior art reference, that the Board can never rely on the fact that a prior art reference impliedly contains a wrong in this case? A reference can genuinely provide motivation by implied statements, by reading between the lines, whether it conveys to one of ordinary skill in the art. In this case, our position is that there is clear data evidence contradicting the position of the Patent Office and that certain data was all the generic statements, the mechanism of action of folates, which inform about how these drugs work in the body, but it does not inform about what the effect of folate alone would be. What if we conclude that your interpretation of Van Eten is reasonable, but the Board's is also reasonable? Where does that leave you? Well, the burden is on the Patent Office to let applicants know that they have the burden of proof of not providing a patent. I'm sorry, I'm not verbalizing that properly. Right, but the question is if we assume that there is substantial evidence to support both conclusions, both readings, doesn't that mean that based on our review we have to defer to the Board's conclusion? I think that's probably correct. I think substantial evidence has to support the decision, which we believe is not present based on the facts in this case. And that's all that's necessary even if we think your argument is the better one, right? I believe so. I know that we have the higher burden at this stage. Is there any difference between your use of, I think, essentially the same material in Van Eten, very much concentrated on the left-most trio of points on the graphs, which are all essentially overlapping. Is there any difference in your argument based on that as to motivation to combine teaching away and reasonable expectation of success? What Van Eten shows is that at those points there is no effect of folate. And that, I believe, is the crux of the issue. If it tells you that there's no effect, somebody would not follow that path or expect success doing exactly what the reference tells you. Well, I guess what I'm wondering is whether there's some difference between the motivation question and the reasonable expectation question. That is, when Van Eten says twice, really, but at least once very clearly, this would be a really good idea to go and try something like this. And I know you have an interpretive question about some words that build in conditions, but that one at least seems pretty easy to read as a, this is worth looking at. I wonder if your argument is somewhat stronger on what would be the reasonable expectation of success, because where would that come from given the essentially overlapping three, is it, there are three lines on the graph? There's three lines. Three, yeah, the left-most one, the points are essentially at the same spot. Yes, well, the question is about reasonable expectation of success when there's some sort of general statement that we should research something further. It is quite usual for scientific papers to be forward-looking and say some general, forward-looking, we should research this further. But here, those statements are actually quite clearly in the context. Actually, that paragraph refers to we show certain effects. What has been shown is effect with serotonin together and folate, but no effect in the left-most set of data. It also tells you that folate should be supplemented to the treatment. That's what's the recommendation. A supplementation in its normal customary usage doesn't mean give it a loan, try it a loan. It's usually a supplement added to something. These patients have a lot of risk factors. They're usually medicated for various vasomotor response effects. Indeed, one of the things mentioned here is that to isolate the effect of the folate here and the serotonin, medication was stopped four weeks before for this patient. Were the other medications vessel dilators? It probably were a variety of medications. So might supplementation there means supplement the other medications that are not really vessel dilators, which I think— That would be excluded from our claims, I believe. I thought part of the board's claim construction on a loan meant a loan among vessel dilators, not among other— Other unrelated drugs. That's correct. What the reference did is that they stopped all sort of medication before so that they would be able to isolate the effect of the serotonin, which is known to affect dilation, and see if the folate has an effect alone, because they did the first set of baseline tests, and then whether it would improve upon the effectiveness of serotonin. So is it your position that the better analysis for the board would have been to say, even if Van Etten appears to teach the use of folate in combination with serotonin, that it would have been obvious to try using folate alone? Well, obvious to try is definitely a factor to consider based on KSR, but there's teaching away in this case because it actually answers the very question whether you can expect success here. They tell you that the limited set of data they have showed no effect, and it's clearly stated in Van Etten on the page of Appendix 415 that there's no effect of folate alone. This obvious to try still needs some level of obviousness to go in that direction. When there's a clear teaching away, pointing away from that path of research, I would submit that obvious to try is not present. But the PTO expressly found that Van Etten does not teach away, and that's a finding of fact, correct? That's correct, and we are stating that there's no substantial evidence in support of that finding. The PTO had got a lot of things wrong with this data. One thing is that they ignored the leftmost data point, and that's clear. There are statements in the board hall, and if you look at the board decision on page 5, it says the data presented in Van Etten is limited to the use of 5-MTHF in combination with other compositions. This is a quote from the decision of the board. It is not limited. There is the leftmost data points. We are not in a combination of serotonin and folate, but it's an administration of folate alone. What do you do with the board's finding that really the focus, at least on some of these experiments, was what's the impact of folate with serotonin or without serotonin, but really the focus of the experiments was what's the impact of folate, and they actually suggest that additional testing with respect to the impact of folate should be done. Yes, that is clearly what is taught by Van Etten, but in the context, it teaches that this impact was only observed in combination with NO-mediated vasodilation. Indeed, they did two sets of tests, which is figure 2, with NO-independent, with nitroprusside. It actually teaches that folate in the combination of NO-independent drugs to affect dilation had no effect. So it guides you away from proceeding with research with NO-independent dilation. It also guides you away by having the first set of data points from not testing folate alone. And what's the sentence on 4.15 that you... 4.15? Yes, 4.16 has the two graphs. Yes, 4.15. No, 4.16 has the graph. Right. I think you referred to 4.15 before. 4.15 has the statement that there's no effect of folate. Is that right at the bottom of the left-hand column? It's two places. If the diabetic patient on the left-bottom side, the last two lines state that the diabetic patient group was given 5-MTHF, that 5-MTHF had no effect on the baseline MC ratio in patients with type 2 diabetes. It also does the same thing for the control group. So everybody was tested whether folate would have an effect. I see. And it also controls in the next paragraph up front that 5-MTHF alone had no effect on the baseline ratio of the control group either. So what it teaches is that for folate to be effective, it does something mechanistically to enhance the effect of NO-mediated vessel dilators. It does not seem to work alone based on this limited set of data. And it also shows that it doesn't work in the context of nitroprusside, which uses a different mechanism of action to dilate vessels. So it clearly steers and directs one of Ornans-Killendorf in a direction away from using folate alone or in the other direction of NO-independent dilation. And certainly there's a lot of research to be done because there are various drugs that do the same type of things, different combinations. So this hopeful research, the way I read it, and I submit what Ornans-Killendorf would read, is that it directs one to figure out further research, what combinations would work, which would be effective for effectively helping diabetic patients or other patients with dilation issues. You're into your rebuttal time. Have you saved the rest of it? No. You don't have to. You can use it up if you want. There's one more thing I wanted to mention. I think the board also did not really appreciate the effect of the drugs here. If you look at the decision based on appendix 366 and 367, the board held that based on Van Eten, and this is quote, figure one, serotonin alone does not actually improve NO-mediated, endothelial-dependent vasomotor responses. And the brief also mentioned this at least three different locations. Serotonin is the drug that does this. If you look at figure one and the graph, it shows that the increasing administration of serotonin, there's clearly an effect of vasodilation. So holding a statement that it does not do it clearly is an error of how the data is interpreted. And this leads down the board to the wrong conclusion that the actual effect is due to folate, not serotonin. Just to see if I understand, and the reason that you think it's clear from the graph is that it... It goes up. There's an effect. The only thing that's from left to right that's different is the administration of serotonin. So the effect of serotonin improves dilation, so the graph for all groups, including the control group, goes up. Also, the abstract actually states that serotonin is a stimulator of nitric oxide-dependent vasodilation. For the board to hold that serotonin does not have this effect clearly shows that they didn't appreciate what's happening, what drug does what. And then the conclusion was jumped to, it is actually the folate that does this, which I don't think the data shows. Okay, you'll have two minutes for review. Good morning, Your Honors. May it please the Court. I would like to begin by addressing Judge O'Malley's first question about what standard of review we have here. And based on the board's and the examiner's factual findings of what the references taught, there is substantial evidence here that Van Etten does, in fact, render obvious Representative Claim 35. And that is because the board and the examiner's reading of Van Etten here is reasonable. And it's a reasonable conclusion, and it's one that the Court can follow here. But how can we read Van Etten to disclose that folate alone had an effect on vasodilation when at least the test seemed to show that it didn't? So if you look at the data as a whole, which is what the examiner and the board did, it shows that folate, in fact, is what improved endothelial function. And that is because if you look at Figure 1, which is that APPX416, and you look at the graphical data that's depicted there, if you compare the control group along with the diabetic patients who were also administered folate, the folate actually normalized endothelial function there. The diabetic patients that were administered folate exhibited a very similar profile as to the control group who did not have diabetes. But in each, the serotonin was also administered, right? The serotonin was also administered. But again, the examiner also made the finding that serotonin is an endogenous molecule that's within your body. And serotonin levels can vary over time. So the fact that the serotonin values, the fact that serotonin was administered, was used as a signaling molecule in these studies to actually induce vasodilation as it would normally within the body. And also... Was there endogenous serotonin at the 0.0 level, the left hand? At the 0.0 level... There could be some endogenous serotonin. And yet, these three data points overlap. These three data points overlap at that point. But again, within even a control subject, there could be low levels of serotonin at one point and higher levels at another point, which would induce vasodilation. Is your understanding of what the board meant by, I guess it's claim construction about folate alone, that includes any endogenous serotonin in the body, which is probably pretty hard to remove? That is correct. I think that is the... But they didn't get that from Van Etten, right? That was not from Van Etten. That was from the examiner's findings as with respect to the state of the art at the time. But you didn't use that other prior art reference as part of the combination. No, the other prior reference was not used as part of the combination. But it was also known within the art that humans have endogenous serotonin and that serotonin values can differ over time. And that certain values of serotonin would induce vasodilation. So how can we say that Van Etten taught the use of folate alone when its ultimate conclusion was, we should do some studies to see what the impact of folate is? Well, I think what we can look at is the reference as a whole teaches that folate improves endothelial function and further that Van Etten specifically suggests the study of folate for that very purpose. And although the test or although the data here... Isn't that evidence more appropriate for an examination of whether it would be obvious based on a modification of Van Etten rather than to say Van Etten actually teaches it? Well, I think that's why this is a 103 rejection as opposed to a 102 rejection. The board never made the findings, though. Well, the board made the finding that folate here did actually improve endothelial function. That is what the data shows at Figure 1. And further that Van Etten... The entire purpose of the Van Etten study was to study folate on endothelial function. And because serotonin is a known endogenous vasodilator and also has a known dose-dependent response, serotonin was used to induce vasodilation to actually study the effect of folate on whether or not it improved that endothelial function in diabetic patients. And what the data shows is that, in fact, it did. At Figure 1, it shows that the slopes of the control group as well as the diabetic patients who were given folate exhibited very similar profiles. And what that shows is that folate indeed did improve and have that functionality. What's your response to Merck's argument that at best it showed that folate restored or improved the effectiveness of the vasodilator, not vasodilation itself? Well, again, serotonin is endogenous in the human body, and serotonin itself does induce vasodilation in the human body. But diabetic patients—and this is in Van Etten—diabetic patients have impaired serotonin functionality. And so by studying what the effect of folate would be on a series of patients who were all given the same amount of baseline serotonin, they could study what the effect would be on vasodilation based on folate itself. And again, the claim is directed to improving that vasodilation function. And that is what folate does here. Folate actually improves the vasodilation function of diabetic patients. And the conclusion of the Van Etten study was to specifically suggest further study of folate alone. And that's what the entire purpose of this study was. Van Etten also indicates that these studies had already been done in vitro. And so this was basically a further study done in vivo to confirm the in vitro findings that were found already to be the case. Van Etten refers to the predecessor in vitro. It does, and that is at APPX. It's in the abstract at APPX413, but it's also at APPX414. I see. And it's in the paragraph on the left that begins, Of interest, amelioration of ENOS function can also be achieved by using folic acid. And here, it's also clear that there would have been a motivation to use folate. What do you think that the word supplementation means in that crucial sentence? I think you already alluded to this when you were asking my friend questions about what supplementation means. Diabetic patients are already taking a multitude of medications. And a folate supplement would simply be... Is this specifically about diabetic patients or cardiovascular? The Van Etten study is specifically about diabetic patients, but it's also talking about how it addresses cardiovascular risk. So yes, the teachings of Van Etten can be further addressed to also using folate as a supplement to help patients who have cardiovascular problems. But a supplement just means adding or using an additional vitamin. Pregnant women take folic acid supplements when they're pregnant. I mean, it does not mean that it's necessarily given with an additional vasodilator. That's not what Van Etten states in its conclusion. And what about the teaching way? I mean, as he points out at 415, it says that folate had no effect on the baseline MC ratio in patients with type 2 diabetes. But again, I think you have to look at Van Etten's data as a whole. And what Van Etten's data as a whole shows is that folate is what improved functionality of endothelial function. Even though the baseline at figure one shows that there wasn't an effect on endothelial function at that data point, at the subsequent data points, it does show that folate actually improved endothelial function. And again, the examiner pointed to… But what that graph shows is that you see the improvement when there is serotonin added to whatever the background is in the patient's body. How does that tell you that you would see an improvement without such supplemental serotonin? Well, again, the human body has endogenous serotonin, which… That's why you referred to supplemental serotonin. …which is different than supplemental serotonin. But within the body itself, serotonin levels vary. And so this study, all that it was doing was bringing up that serotonin value to a base level where there is vasodilation. And so in the control subjects, once serotonin is administered, even in the control subjects… I guess that makes me want to ask you the same question I asked… I don't think it was you. I think it was your opposite number. At the 0.0 level, there is endogenous serotonin. So in some patients, there's going to be some dilating effect from endogenous serotonin. Otherwise, this whole reference to endogenous serotonin is a red herring. And yet they still found no effect. Well, at 0, there is still some effect of endogenous serotonin. But even, like I said, the serotonin levels may vary within the body. And so even at a low serotonin value, there may not be enough of a signaling molecule to induce vasodilation. Right, but there's no finding that the serotonin levels would be at the level that Van Etten is contemplating with supplemental serotonin. There's nothing in the record that would indicate that. We all have a lot of levels of certain things in our body, but rarely are they high enough. So he's talking about a supplemental serotonin. Well, what they're trying to do is study the effect of folate on a particular function. And what they want to study is NO-mediated vasodilation. And the reason serotonin is administered is because it has a known dose-dependent response. And so you can study, you can compare what the vasodilation will be in a control group as well as in a diabetic group. And in the diabetic group, it shows that over time, the vasodilation is not improved. It's not increased. But with the administration of folate, it is improved and it is increased. And so the application of serotonin was simply used as a known control parameter to study the effect of folate. But wouldn't its absence also be a known control parameter then? Well, if the endogenous serotonin never rose to a level to actually induce vasodilation, then no. Then all of the data might all be flat because there may never be enough serotonin in the patient at that time to induce vasodilation. Right. Wasn't that my point before? Well, no, because at different times of the day, your body will have a higher level of serotonin. And at that higher level of serotonin, vasodilation would be induced. And so in order to trigger that higher level of serotonin for the purpose of this experiment, Van Etten studied the curvature with serotonin at certain levels. So they know that at that level, the body would naturally be vasodilating at a certain level. And what it showed is that diabetic patients who have impaired endothelial function, their body normalizes with the administration of folate. Can I ask you, is there any significance to the fact that the MC ratio at the y-axis is not 1, but is 1.3 or 1.2? I think that is significant. What's the significance? The significance is that there is still some effect. There is still some vasodilation. And I think because it's a little above 1, there was still some effect from just the baseline level of serotonin that was available at that time in those patient groups. And so I think that shows that folate is what is actually causing the improvement here. Because with folate, the functionality of the diabetic patients who were administered that folate, their endothelial function was normalized. And just to go back to the examiner's discussion of that, that's at pages APPX365-367. Actually, till 369. It discusses that serotonin itself is an endogenous molecule found in the body and can vary over time. If there are no further questions, I will yield the rest of my time. Thank you. For the endogenous serotonin question, for the data to make sense, one would have to assume that 23 patients and 21 control subjects were flatlined with serotonin exactly when this test was done. You'd think there would be some variation of endogenous serotonin in some of these people to show some effect. Yet the conclusion drawn was that there's no effect of folate alone. So endogenous doesn't seem to make a difference. The other thing you may ask about is that why is it a little bit above 1? Well, we can second guess whether there was a little bit of dilation. We can also assume that the judgment of the authors here that there's no effect controls. But it could be a little bit higher because you're actually infusing drugs into the veins, which has some volume. It may dilate just a little bit because there's additional stuff flowing through, which is not the effect of folate, but just of the extra volume of material being titrated. If you look at it, there's a certain amount per minute that's actually in the bottom of the blood that's being pushed into your vein. So the no effect, this could be the little difference that dilates your blood. But the authors said they did not see an effect from folate alone. And this was on patients and control subjects, which apparently were alive and had some level of endogenous serotonin. We don't know if this was done in the daytime, evening, afternoon, or various times. The opposing counsel said different times of the day, different results would be obtained. Here, same result and conclusion was drawn by the authors, that there's no effect. Thank you. Thank you.